UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHELL NIGERIA EXPLORATION AND PRODUCTION COMPANY LTD, ESSO EXPLORATION AND PRODUCTION NIGERIA (DEEPWATER) LTD, NIGERIAN AGIP EXPLORATION LTD and TOTAL E&P NIGERIA LTD,

    Petitioners,

v.

NIGERIAN NATIONAL PETROLEUM CORPORATION,

    Respondent.

Civil Action No. _____

## DECLARATION OF JAMES DINGLEY

JAMES DINGLEY declares and states as follows:

1. I am an attorney with the law firm Clifford Chance LLP, counsel for the above-referenced Petitioners in an arbitration between Petitioners and the Nigerian National Petroleum Corporation ("NNPC") captioned *SNEPCo et ors v. NNPC* (the "Arbitration"). I have personal knowledge of the facts set forth herein. I submit this declaration in support of the Petition to Confirm Arbitral Award filed herewith.

2. Attached hereto as Exhibit 1 is a true and correct copy of the partial final award issued in the Arbitration on May 30, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Production Sharing Contract between Petitioners and NNPC, subject to which the Arbitration was conducted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on:   May 26, 2016

_____
James Dingley